```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    IN THE MATTER OF THE APPLICATION )  CASE NO.  S-CR-00-282-JAM
11  OF THE UNITED STATES OF AMERICA  )
    FOR AN ORDER AUTHORIZING THE     )  APPLICATION AND ORDER FOR
12  INTERCEPTION OF WIRE             )  DESTRUCTION OF ORIGINAL
    COMMUNICATIONS                   )  RECORDINGS
13                                   )
                                     )
14                                   )
                                     )
15                                   )
                                     )
16
```

17      A period of ten years has elapsed since the tapes in the
18 captioned wire interception were sealed by order of the Honorable
19 David F. Levi.  According to my knowledge, information and belief,
20 all prosecutions in connection therewith are terminated and there is
21 no further need or legal reason to maintain the tapes.  The
22 investigating agency involved, the United States Drug Enforcement
23 Administration, concurs in this application.
24      Accordingly, the applicant, Assistant United States Attorney Mary
25 L. Grad, requests that the court issue an order authorizing the
26 ///
27 ///
28 ///

1

destruction of the wire, oral and/or electronic communications described herein.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Date:  July 23, 2010                /s/_____
                                    By: MARY L. GRAD
                                    Assistant United States Attorney
```

O R D E R

Ten years having elapsed from the time the tapes were originally sealed pursuant to 18 U.S.C. § 2518(8)(a), and there appearing to be no further need for their retention,

IT IS HEREBY ORDERED that the above-described intercepted wire, oral and/or electronic communications be destroyed by the Drug Enforcement Administration, the lawful custodian designated by the issuing judge.

```
Dated: July 26, 2010                /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge
```

2